IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0083

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WES LEE WHITAKER,

      Defendant and Appellant.

## ORDER CONSOLIDATING CASES

Appellant's motion to consolidate is GRANTED. It is hereby

ORDERED that DA 22-0071 and DA 22-0083 be consolidated for the

purposes of appeal under Cause No. DA 22-0083.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2022